**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6872**

───────────

EDWARD LONNIE MCCARROLL,

Plaintiff - Appellant,

versus

JIM HUNT, Governor; MIKE EASLEY, Attorney
General; THEOTIS BECK, Secretary of Correc-
tions; BOYD BENNETT, Director of Prisons;
JAMES FRENCH, Superintendent; RAFAEL HALL,
Superintendent,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-01-173-3-MU)

───────────

Submitted: July 12, 2001          Decided: July 20, 2001

───────────

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Edward Lonnie McCarroll, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Lonnie McCarroll appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McCarroll v. Hunt, No. CA-01-173-3-MU (W.D.N.C. May 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2